**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Larry BRANNIC, Defendant–Appellant.**

**No. 09–10539**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Dec. 17, 2009.

Jacqueline A. Simms–Petredis, Office of the Federal Public Defender, James Smith, Donna Lee Elm, Tampa, FL, for Defendant–Appellant.

Michelle Thresher Taylor, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Before CARNES, WILSON and KRAVITCH, Circuit Judges.

PER CURIAM:

James Wesley Smith III, appointed counsel for Larry Brannic, has filed a motion to withdraw on appeal pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the district court's denial

of Brannic's 18 U.S.C. § 3582(c)(2) motion is **AFFIRMED.**